IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LIFE INVESTORS INSURANCE
COMPANY OF AMERICA
*formerly known as*
ACADEMY LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                                  CASE NO. 1:07-cv-00053-MP-AK

ERNEST F CASEY, JR,
CHARLES J. DOUGLAS,

    Defendants.

_____/

# O R D E R

This matter is before the Court on Doc. 6, Motion to Dismiss and Pay Proceeds Directly to Defendants, filed by Plaintiff Life Investors Insurance Company of America.  After consideration, the Court grants the motion, and Plaintiff may pay the disputed benefits of the insurance policy directly to the named Defendants in the portions and dollar amounts set out in the parties' stipulated agreement.  Furthermore, since no answer or motion for summary judgment has been served, and because all parties have stipulated to the dismissal, this case is dismissed.  See FED.R.CIV.P. 41(a)(1).  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Plaintiff shall pay the disputed benefits of the insurance policy directly to the named Defendants in the portions and dollar amounts set out in the parties' stipulated agreement.

    2.    This case is dismissed, with the Court reserving jurisdiction for sixty days to ensure compliance with the stipulated agreement.

    **DONE AND ORDERED** this   *8th* day of June, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge